To, whom it my concern,    Jan, 13, 2023

I was just informed that I'm going to Court. I need to know on what matters will this be on and what date.

I also would like to file a civil suit against this case as well as the other's that's already filed.

And there are some correction that need's to be made in the naming of Ron Brown in Mr. Pagan civil suit. It's "Don Brown" not Ron Mr. Pagan misspelled the name.

Also the Court are not responding to Mr. Pagan's motions and Mr. Pagan will be addressing the Bar Association about the court's conduct.

— M.R. Pagan
CC

Computation
Response
Time
(Allow)
3 days by mail
1-22-23

FILED
ASHEVILLE, NC

JAN 26 2023

U.S. DISTRICT COURT
W. DISTRICT OF N.C.